Philip A. Fant (SBN 154600)
FANT LAW OFFICE
P.O. Box 695
Kentfield, CA 94914
Telephone: (415) 747-8787
Facsimile: (415) 532-2501
pfant@fantlaw.com

Attorney for Plaintiff,
Navigators Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS MANAGEMENT, INC., | ) Case No.: |
| Plaintiff, | ) |
| vs. | ) **COMPLAINT** |
| M/V SINAR SUNDA, her engines, tackle, apparel, etc,, *in rem*, and APEX MARITIME CO., INC., *in personam*, | ) |
| Defendants. | ) |

(Jurisdiction)

1.    This complaint sets forth an admiralty and maritime claim within the meaning of article III, section 2 of the U.S. Constitution and 28 U.S.C. § 1333.  This Court also has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, as this action arises from the common carriage of goods by sea from a foreign port to a port in the United States and is governed by the Carriage of Goods by Sea Act, 46 U.S.C. §§ 1300-1315.

COMPLAINT-PAGE 1

(Intradistrict Assignment)

2.  The headquarters of defendant Apex Maritime Co., Inc. is located in Burlingame, California.

(Allegations of Fact)

3.  Plaintiff Navigators Management, Inc., is a New York insurance corporation and the subrogated insurer of the cargo described below.

4.  Defendant M/V SINAR SUNDA is an ocean-going cargo vessel which may come to be within the physical jurisdiction of this Court during the pendency of this litigation.

5.  Defendant Apex Maritime Co., Inc. is a California corporation and a common carrier of goods by sea.

6.  On or about April 10, 2021, at Semarang, Indonesia, Apex Maritime Co., Inc. or its agent received aboard the M/V SINAR SUNDA cargo consisting of wooden furniture.

7.   In receipt for said cargo and in consideration of certain freight charges paid or agreed to be paid, defendants thereupon issued their bill of lading No. A2104330320 by which they contracted to carry said cargo to Honolulu, Hawaii and there to deliver the cargo to the consignee.

8.  Defendants thereafter failed to ever carry and deliver said cargo to Honolulu and, instead, the cargo was unloaded and abandoned at Auckland, New Zealand, in violation of defendants' legal and contractual obligations.

9.  The unloading and abandonment of said cargo at Auckland, New Zealand, instead of the designated discharge port, constitutes an unreasonable contractual and geographical deviation which operates to deprive defendants of any defenses or limitations of liability which may have otherwise been available.

10. As a result of the unauthorized unloading and abandonment of said cargo at New Zealand, the cargo, valued at $45,053.50, ultimately had to be destroyed.  Additionally, the misdelivered cargo necessarily incurred governmental, storage and destruction fees totaling $12,230.68.  The cost of re-shipping replacement cargo to Honolulu amounted to an additional

COMPLAINT-PAGE 2

$26,435.00.  These amounts, totaling $83,749.18, were paid by plaintiff pursuant to a policy of cargo insurance.

WHEREFORE, plaintiff prays:

1.  that process in due form of law issue against defendants;

2.  that plaintiff be awarded judgment against defendants in the amount of $83,749.18, plus pre-judgment interest and costs;

3.  that plaintiff be granted such further relief as it just, fair and equitable.

Dated: March 16, 2022

/s/ Philip A. Fant_____
Philip A. Fant
Attorney for Plaintiff,
Navigators Management, Inc.

COMPLAINT-PAGE 3